UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BANJO MCLACHLAN,

    Plaintiffs,

-against-

TIMES INTERNET (US) LTD.,

    Defendants,

20-CV-804 (LAP)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

By Order dated March 10, 2020 (Dkt. No. 9), the Hon. Loretta A. Preska, United States District Judge, referred this action to me for settlement.

It is hereby ORDERED that no later than **fourteen days after the appearance of defendant Times Internet (US) Ltd.**, the parties shall file a joint letter providing the Court with **three dates** on which **all parties and their counsel** are available for an in-person settlement conference. Judge Moses ordinarily conducts settlement conferences Monday through Thursday afternoons, commencing at 2:15 p.m., and requires the parties, as well as their counsel, to attend in person.

Plaintiff is directed to serve a copy of this Order, and Judge Preska's Order referring this action to me for settlement (Dkt. No. 9), on defendant, and to file proof of such service.

Dated: New York, New York
      March 11, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**