UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BANJO MCLACHLAN,

        Plaintiff,

-against-

TIMES INTERNET (US) LTD.,

        Defendant.

20-CV-804 (LAP) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Plaintiff's counsel Richard Liebowitz has been suspended from the practice of law in the Southern District of New York. *See In the Matter of Richard Liebowitz*, No. M-2-238 (S.D.N.Y. Nov. 25, 2020). Within 30 days of the date of this Order, plaintiff Banjo McLachlan must either (a) appear through another attorney, or (b) inform the Court that he is proceeding pro se (without an attorney) by filing a completed and signed copy of the attached Notice of Pro Se Appearance (which is also available on the Court's website at https://nysd.uscourts.gov/node/826). The Notice of Pro Se Appearance, as well as other pro se pleadings and papers in this action, may be filed through any one of the following three methods:

   a. **Drop off** the document in the drop box located in the lobby of the U.S. Courthouse at 500 Pearl Street, New York, NY, 10007.

   b. **Mail** the documents to the Pro Se Intake Unit in Room 105 in the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

   c. **Email** the documents to Temporary_Pro_Se_Filing@nysd.uscourts.gov. Instructions for filing documents by email may be found on the Court's website at nysd.uscourts.gov/forms/instructions-filing-documents-email.

In the event plaintiff fails to appear through counsel or pro se within 30 days of the date of this Order, the case may be dismissed for failure to prosecute.

2

An attorney or paralegal from Mr. Liebowitz's firm, *other than Mr. Liebowitz*, shall serve a copy of this order on plaintiff, and file proof of service of same, no later than **December 9, 2020**.

Dated: New York, New York
December 2, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|                        |                |
|------------------------|----------------|
|                        | Plaintiff(s),  |
| -against-              |                |
|                        | Defendant(s).  |

Docket No: _____CV_____(     )(     )

NOTICE OF PRO SE APPEARANCE

I hereby enter an appearance on my own behalf in this action and request:

(please check one option below)

☐ that all future correspondence be mailed to me at the address below, or

☐ that all future correspondence be e-mailed to me at the e-mail address below. I have completed the attached Consent to Electronic Service.

I understand that if my address or e-mail address changes, I must immediately notify the Court and all parties.

☐ Plaintiff
☐ Defendant

Name (Last, First, MI)

Address          City                State              Zip Code

Telephone Number                     e-mail address

Date                                 Signature