UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BANJO MCLACHLAN<br><br>      Plaintiff,<br><br> - against -<br><br>TIMES INTERNET (US) LTD.<br><br>      Defendant. | Docket No. 1:20-cv-00804-LAP |

## **CLERK'S CERTIFICATE OF DEFAULT**

  I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on January 30, 2020 with the filing of a summons and complaint.  On February 3, 2020, a copy of the summons and complaint was served on defendant Times Internet (US) Ltd. ("Defendant") by personally serving Sue Zouky, a clerk in the office of the Secretary of State of New York.  Proof of service was therefore filed on February 4, 2020. [Dkt #6]  I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein.  The default of the defendant is hereby noted.

Dated: New York, NY

_____, 2021

              RUBY J. KRAJICK
              Clerk of Court

      By:  _____

          Deputy Clerk