UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| BANJO MCLACHLAN<br><br>                              Plaintiff,<br><br>      - against -<br><br>TIMES INTERNET (US) LTD.<br><br>                              Defendant. | Docket No. 1:20-cv-00804-LAP |

**DECLARATION OF COUNSEL IN SUPPORT OF PLAINTIFF'S
REQUEST FOR ENTRY OF DEFAULT PURSUANT TO FED.R.CIV. 55(a)**

I, JAMES H. FREEMAN, declare under the penalty of perjury that the following is true

and correct to the best of my personal knowledge.

1. I am counsel for Plaintiff Banjo McLachlan ("Plaintiff").

2. I submit this Declaration in support of Plaintiff's request for the Clerk's entry of

   default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.  Fed.R.Civ.P.

   55(a).

3. Defendant Times Internet (US) Ltd. ("Defendant") is not an infant, in the military or

   an incompetent person.

4. Defendant's answer or response to the Complaint was due on March 3, 2020.

   Defendant has failed to plead or otherwise defend the action.

5.   As per the Affidavit of Service, filed on February 4, 2020 [Docket #6], the pleading

to which no response has been made was properly served.

Dated:      January 27, 2021
               Valley Stream, NY

                                 **/s/jameshfreeman/**
James H. Freeman
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
516-233-1660
JF@LiebowitzLawFirm.com

*Attorneys for Plaintiff*