UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| BANJO MCLACHLAN<br><br>                              Plaintiff,<br><br>       - against -<br><br><br>TIMES INTERNET (US) LTD.<br><br>                              Defendant. | Docket No. 1:20-cv-00804-LAP |

## [PROPOSED] ORDER TO SHOW CAUSE
## FOR DEFAULT JUDGMENT

Upon the affidavit of James H. Freeman, sworn to the 27th of January, 2021 and the exhibits annexed thereto, and the exhibits annexed thereto, the Memorandum of Law and upon all prior papers and proceedings filed herein, it is hereby:

**ORDERED,** that the above-named defendant Times Internet (US) Ltd. ("Defendant"), show cause at a hearing before this Court at the United States Courthouse, 500 Pearl St., New York, NY 10007, in the City, County and State of New York, on _____, _____ at _____, or soon thereafter as counsel may be heard, why an Order should not be issued pursuant to Rule 54(b) and Rule 55(b) of the Federal Rules of Civil Procedure in favor of Plaintiff Times Internet (US) Ltd. for the following relief:

1.    Directing that a default judgment as to liability for copyright infringement under 17 U.S.C. § 501 be entered against defendant Times Internet (US) Ltd. ("Defendant");

2.    Ordering Defendant to pay $30,000.00 in statutory damages under 17 U.S.C. § 504(b) for copyright infringement of six registered works;

3.  Ordering Defendant to pay $420.00 in attorneys' fees and $440.00 in costs pursuant to 17 U.S.C. § 505;

4.  Ordering Defendant to pay post-judgment interest under 28 U.S.C.A. § 1961;

5.  Directing that the Court retain jurisdiction over any matter pertaining to this judgment;

6.  Ordering dismissal of this case and directing the Clerk of the Court to remove it from the Court docket; and

**IT IS FURTHER ORDERED** that pursuant to L.R. 55.2, service of a copy of this Order and annexed affidavit, papers and exhibits upon Defendant be made at Defendant's last known business address via U.S. mail.  Any opposition to entry of a default judgment is due on or before _____, _____.  Any reply papers shall be due by _____, _____.

New York, New York

Dated:  _____                    **SO ORDERED.**

_____
Loretta A. Preska (U.S.D.J.)