UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| BANJO MCLACHLAN<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　- against -<br><br>TIMES INTERNET (US) LTD.<br><br>　　　　　　　　　　　　Defendant. | Docket No. 1:20-cv-00804-LAP |

**[PROPOSED] DEFAULT JUDGMENT**

Upon consideration of the Plaintiff's motion for default judgment under Rule 55.2(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2; and the declaration of plaintiff's counsel James H. Freeman exhibits attached thereto, the Memorandum of Law, and upon all prior papers and proceedings filed herein, it is hereby:

**ORDERED, ADJUDGED** and **DECREED** that:

1.　Default judgment as to liability for copyright infringement under 17 U.S.C. § 501 be entered against defendant Times Internet (US) Ltd. ("Defendant");

2.　Defendant is to pay $30,000.00 in statutory damages under 17 U.S.C. § 504(c) for copyright infringement of six registered works;

3.　Defendant is to pay $420.00 in attorneys' fees and $440.00 in costs pursuant to 17 U.S.C. § 505;

4.　Defendant is to pay post-judgment interest under 28 U.S.C.A. § 1961;

5.　the Court retain jurisdiction over any matter pertaining to this judgment;

6.	this case is dismissed and the Clerk of the Court shall remove it from the Court

docket.


New York, NY

Dated:  _____, 20___			**SO ORDERED.**


								_____
								Hon. Loretta A. Preska (U.S.D.J.)