UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BANJO MCLACHLAN

                                        Plaintiff,                    Docket No. 1:20-cv-00804-LAP

        - against -

TIMES INTERNET (US) LTD.

                                        Defendant.

## [~~PROPOSED~~] DEFAULT JUDGMENT

Upon consideration of the Plaintiff's motion for default judgment under Rule 55.2(b)(2)

of the Federal Rules of Civil Procedure and Local Rule 55.2; and the declaration of plaintiff's

counsel James H. Freeman exhibits attached thereto, the Memorandum of Law, and upon all

prior papers and proceedings filed herein, it is hereby:

**ORDERED, ADJUDGED** and **DECREED** that:

1.      Default judgment as to liability for copyright infringement under 17 U.S.C. § 501

        be entered against defendant Times Internet (US) Ltd. ("Defendant");

2.      Defendant is to pay $30,000.00 in statutory damages under 17 U.S.C. § 504(c) for

        copyright infringement of six registered works;

3.      Defendant is to pay $420.00 in attorneys' fees and $440.00 in costs pursuant to 17

        U.S.C. § 505;

4.      Defendant is to pay post-judgment interest under 28 U.S.C.A. § 1961;

5.      the Court retain jurisdiction over any matter pertaining to this judgment;

6.    this case is dismissed and the Clerk of the Court shall remove it from the Court

docket.


New York, NY

Dated: _October 21, 202_         **SO ORDERED.**

_Loretta A. Preska_

Hon. Loretta A. Preska (U.S.D.J.)